UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCY VELASQUEZ, | No. 12-CV-04003 NJV |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| RAMONES' BAKERIES, INC., et al., | |
| Defendants. | |

On August 31, 2012, Plaintiff filed a Notice of Dismissal of this action pursuant to Rule 41(a), Federal Rules of Civil Procedure. No defendant has yet appeared in this action. Accordingly, the case is HEREBY DISMISSED with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: September 5, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge